ANNE E. PIERONI, ESQ.
Nevada Bar No. 9650
apieroni@righthaven.com
*Counsel at Righthaven LLC*
RIGHTHAVEN LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
Tel.: (702) 527-5900
Fax: (702) 527-5909

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>FLAGSTONE PATIO, an entity of unknown origin and nature; and ROBERT SULIMANOV, an individual,<br><br>Defendants. | Case No.: 2:10-cv-01831-RLH-LRL<br><br>**NOTICE OF SETTLEMENT WITH CERTIFICATE OF SERVICE** |

     PLEASE TAKE NOTICE that the parties have reached a settlement of all issues and claims, which are the subject of this action.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Plaintiff, RIGHTHAVEN LLC; Defendant, FLAGSTONE PATIO; and Defendant ROBERT SULIMANOV have entered into a written settlement agreement. Pursuant to the terms of the settlement, this action will be dismissed with prejudice, in its entirety, following full and final execution of all obligations therein.

Dated this 10th day of March, 2011.

                                        RIGHTHAVEN LLC

                                        By: /s/ Anne E. Pieroni, Esq.
                                        ANNE E. PIERONI, ESQ.
                                        Nevada Bar No. 9650
                                        apieroni@righthaven.com
                                        *Counsel at Righthaven LLC*
                                        9960 West Cheyenne Avenue, Suite 210
                                        Las Vegas, Nevada 89129-7701
                                        Tel.: (702) 527-5900
                                        Fax: (702) 527-5909
                                        *Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am an employee of Righthaven LLC and that on this 10th day of March, 2011, I caused **NOTICE OF SETTLEMENT WITH CERTIFICATE OF SERVICE** to be to be served by the Court's CM/ECF system, as well as deposited in a sealed envelope, a copy of in the United States Mail, with first-class postage affixed thereto, to the following persons:

Robert Sulimanov
9735 Laramie Rd.
Philadelphia, PA 19115

FLAGSTONE PATIO
9735 Laramie Rd.
Philadelphia, PA 19115

By: /s/ Josh Aronson
An Employee of Righthaven LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
Tel: (702) 527-5900

3